UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LYLE PRANSCH

        Plaintiff                Case No. 5:16-cv-14246-JEL-MKM

v.                                HON. JUDITH E. LEVY

VALEO, INC.

        Defendant.
_____/

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the stipulation of the undersigned parties, the parties having reached a resolution, and the Court being otherwise fully advised:

***IT IS ORDERED*** that all claims brought against Defendant Valeo, Inc. by Lyle Pransch are hereby dismissed with prejudice.

This Order resolves the last pending claim and closes this Case.

Dated: August 31, 2017           s/Judith E. Levy
     Ann Arbor, Michigan        JUDITH E. LEVY
                                       United States District Judge

By: /s/ Marla A. Linderman        By: /s/ James S. Rosenfeld
Linderman Law PLLC               James S. Rosenfeld (P39434)
9524 Portage Trail                     Butzel Long, PC
White Lake, MI 48386              150 W. Jefferson, Suite 100
(810) 220-0600                         Detroit, MI 48226
lindermanlaw@sbcglobal.net       Phone: 313-225-7062
Attorney for Plaintiff                  rosenfeld@butzel.com
                                       Attorney for Defendant

Dated: August 31, 2017